UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

BLATCER

v.

BERKLEY INSURANCE COMPANY et al

CIVIL ACTION NO. 21-2217

SECTION L (1)

### ORDER

On January 27, 2022, Plaintiff filed a motion to remand. R. Doc. 11. As noted in a docket entry entered by the clerk on January 28, 2022, the motion's submission date was set for February 16, 2022. Pursuant to Local Rule 7.5, oppositions to motions are due "no later than eight days before the noticed submission date." Thus, any opposition to Plaintiff's motion was due by February 2, 2022. That date has passed without Defendants filing an opposition. Defendants also have not filed a motion for an extension of time to file an opposition or sought leave to file an opposition out of time.

Additionally, the Court concludes that it is not apparent from the face of the state court petition that the amount in controversy exceeds $75,000 at the time of removal given the sparse allegations contained therein regarding Plaintiff's injuries. *See Felton v. Greyhound Lines, Inc.,* 324 F.3d 771, 773–74 (5th Cir. 2003); *see also Guidry v. Murphy Oil USA, Inc.*, No. CIV.A. 12-559, 2013 WL 4542433, at *5 (M.D. La. Aug. 27, 2013). Nor has Defendant established "the facts in controversy in the removal petition or an accompanying affidavit to show that the amount-in-controversy is met" because Defendant has failed to identify any facts or provide any affidavits supporting the contention that the jurisdictional amount is satisfied. *Felton*, 324 F.3d at 773-74. Accordingly,

**IT IS ORDERED** that Plaintiff's motion to remand is **GRANTED**. This case is hereby **REMANDED** to the 22nd Judicial District Court for the Parish of Washington.

**IT IS FURTHER ORDERED** that the telephone status conference scheduled for February 16, 2022 is hereby **CANCELLED.**

New Orleans, Louisiana, this 9th day of February, 2022.

UNITED STATES DISTRICT JUDGE